**No. 09-10110. Luis M. Candelario, Petitioner v. United States.**

560 U.S. 915, 130 S. Ct. 3302, 176 L. Ed. 2d 1204, 2010 U.S. LEXIS 4043.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 359 Fed. Appx. 958.

**No. 09-10113. Samson Aldaco, Petitioner v. United States.**

560 U.S. 916, 130 S. Ct. 3302, 176 L. Ed. 2d 1204, 2010 U.S. LEXIS 3978.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-10129. John P. Frees, Petitioner v. United States District Court for the District of Nebraska.**

560 U.S. 916, 130 S. Ct. 3314, 176 L. Ed. 2d 1204, 2010 U.S. LEXIS 3886.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-10130. Avery West, Petitioner v. United States.**

560 U.S. 916, 130 S. Ct. 3302, 176 L. Ed. 2d 1204, 2010 U.S. LEXIS 3976.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 589 F.3d 936.

**No. 09-10137. Shannon Dwayne Hollie, Petitioner v. Minnesota.**

560 U.S. 916, 130 S. Ct. 3303, 176 L. Ed. 2d 1204, 2010 U.S. LEXIS 3925.

May 17, 2010. Petition for writ of certiorari to the Court of Appeals of Minnesota denied.

**No. 09-10140. Rodney L. Garrott, Petitioner v. Maggie Miller-Stout, Superintendent, Airway Heights Correctional Center.**

560 U.S. 916, 130 S. Ct. 3303, 176 L. Ed. 2d 1204, 2010 U.S. LEXIS 4061.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 328 Fed. Appx. 506.

**No. 09-10144. Richard C. Anamanya, Petitioner v. United States.**

560 U.S. 916, 130 S. Ct. 3303, 176 L. Ed. 2d 1204, 2010 U.S. LEXIS 4028.

May 17, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 988 A.2d 509.

**No. 09-10147. Hector Napoleon Santos, Petitioner v. United States.**

560 U.S. 916, 130 S. Ct. 3303, 176 L. Ed. 2d 1204, 2010 U.S. LEXIS 4017.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.